PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Joel Rodriguez**                                    Docket No. **21CR00422-001**

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW LURA JENKINS PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Joel Rodriguez**, who was placed under pretrial release supervision by the **HONORABLE TONIANNE J. BONGIOVANNI** sitting in the Court at **Trenton, New Jersey**, on **May 24, 2021**.  The defendant was released on a $100,000 unsecured appearance bond along with the following conditions:

1. The defendant is to enter and complete a residential drug and alcohol program at the direction of Pretrial Services.  The defendant is to remain detained until placement is secured and travel directly from the jail to the program.
2. After completion of the residential drug and alcohol program, the defendant is to participate in one of the following home confinement program components and abide by all requirements of the program which will include electronic monitoring or other location verification system.  You shall pay all or part of the cost of the program based on your ability to pay as determined by the Pretrial Services office or supervising officer. Home Detention:  You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the Pretrial Services office or supervising officer.
3. Maintain current residence or a residence approved by Pretrial Services
4. The defendant's travel is restricted to New Jersey, unless otherwise approved by Pretrial Services.
5. Surrender all passports and travel documents to Pretrial Services
6. Do not apply for new travel documents.
7. Surrender/do not possess any firearms. All firearms in any home which the defendant resides shall be removed, in compliance with the New Jersey state law and verification provided to Pretrial Services.  The defendant shall also surrender all firearms purchaser's identification cards and permits to Pretrial Services.
8. Report to Pretrial Services as directed.
9. Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.
10. Abstain from the use of alcohol.
11. Substance abuse testing and/or treatment as deemed appropriate by Pretrial Services.

The defendant completed inpatient treatment on November 9, 2021, and was placed on location

monitoring.

On August 5, 2022, the defendant was arrested by the Plainsboro Police Department and charged with simple assault (domestic violence).  A warrant was issued to serve as a detainer.  On August 10, 2022, the defendant again appeared before Judge Bongiovanni and was ordered re-released on the conditions set on May 24, 2021, with the addition of 1) home detention with location monitoring, and 2) defendant is not to reside with or have physical contact with C.R. until further order of the court.

On March 4, 2023, the defendant was arrested by Plainsboro Police Department and charged with simple assault (domestic violence).  A warrant was issued to serve as a detainer.  On March 14, 2023, the defendant was detained at his detention hearing.  On March 29, 2023, the defendant was released and placed on location monitoring, home incarceration with all prior conditions of release in place.

On August 21, 2023, by way of consent order, the defendant's conditions of release were modified from location monitoring, home incarceration to location monitoring, home detention with employment.

On November 21, 2023, the defendant entered a guilty plea before the Honorable Michael A. Shipp.  Sentencing is scheduled for April 17, 2024.

On January 25, 2024, by way of consent order, the defendant's conditions were modified to remove the condition of location monitoring.

On January 27, 2024, Pretrial Services received a call from Plainsboro Police Department advising the defendant had contact with prior victim, CR, as noted on his conditions of release.  The police advised he was being accused of assault, however, the victim did not want to press charges.  The police advised that the victim filed a restraining order.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a hearing be scheduled to address the violation.**

ORDER OF COURT

Considered and ordered this _____ day of _____, _____ and ordered filed and made a part of the records in the above case.

_____
TONIANNE J. BONGIOVANNI
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____February 2, 2024_____

*Lura Jenkins*
_____
LURA JENKINS
U.S. Pretrial Services Officer