UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| United States of America | : | Hon. Freda L. Wolfson, Chief U.S.D.J. |
| | : | Crim. No. 21-422 (FLW) |
| v. | : | |
| | : | CONSENT ORDER FOR |
| Joel Rodriguez | | MODIFICATION OF |
| | : | BAIL CONDITIONS |

THIS MATTER having been brought before the Court by defendant Joel Rodriguez, (by Benjamin West, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Ian Brater, Assistant United States Attorney) consenting, and the United States Pretrial Services Office consenting, for an Order temporarily modifying Mr. Rodriguez's bail release conditions; and

WHEREAS, bail release conditions were imposed on May 24th, 2021, and additional conditions were later imposed on August 10th, 2022, by the Hon. Tonianne J. Bongiovanni, United States Magistrate Judge; and those bail conditions were most recently modified on January 25th, 2024.

WHEREAS, the parties and Pretrial Services have agreed to the imposition of stand-alone location monitoring;

IT IS THE FINDING OF THIS COURT

On this __14th__ day of February, 2024 that the bail conditions shall be modified as follows:

1. The condition of stand-alone location monitoring is imposed.

2. All other conditions shall remain the same.

Tonianne J. Bongiovanni
United States Magistrate Judge